```
___✓___ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

              MAR 17 2011

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:06-CR-0002-RCJ-GWF |
| | ) |
| PAMELA BEARDSLEY, | )  **ORDER** |
| | ) |
| Defendant. | ) |
| | ) |

On March 11, 2011, Defendant Pamela Beardsley ("Defendant") appeared before the Court on a Petition to Modify the Conditions of Supervision.

IT IS ORDERED, Defendant's previously imposed conditions are modified this date to include the following:

**Residential Substance Abuse Treatment** - Defendant shall reside at, participate in, and successfully complete the Chemical Abuse Rehabilitation Environment (CARE) program, for a period of up to seven (7) months, as approved and directed by the probation officer. Additionally, if the defendant tests positive for alcohol and/or a controlled substance or violates the conditions of the C.A.R.E. program, she will be taken into custody for a minimum custodial period of seven days.

**Transportation Prohibition** - Defendant shall not enter any privately owned conveyance vehicle. Defendant shall not be a passenger or driver of such vehicle.

///

///

IT IS SO ORDERED.

DATED: This 16th day of March, 2011.

_____
United States District Judge