NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

MARK E. WOOLF
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Mark.Woolf@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:06-cr-00002-RCJ-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| Pamela Beardsley, | |
| Defendant. | |

The United States of America ("Government") files its response to Defendant Pamela Beardsley's ("Beardsley") November 7, 2019 Letter Requesting Reduction in Restitution Payments, ECF No. 667.

Though the Court would be justified in striking the letter under Local Rule IA 7-1(b), the Government routinely works with criminal defendants who owe restitution to adjust or modify restitution payment schedules. Thus, upon receipt of the letter, the Government reached out to Beardsley to discuss her financial circumstances, and the parties have agreed to reduce her monthly restitution payments from $157 to $50. The Government believes this resolves the concern raised by Beardsley in her letter. The Government has further conveyed to Beardsley its ongoing willingness to work with her in the event of further material changes in her economic circumstances.

Accordingly, the Government respectfully requests that Court construe Beardsley's letter broadly as a motion and deny it as moot given the agreed reduction in restitution payments.

Respectfully submitted this 22nd day of November, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

_s/ Mark E. Woolf_
MARK E. WOOLF
Assistant United States Attorney

**ORDER**

**Before the Court is Defendant's Motion for Reduction of Restitution Payments (ECF No. 667).**

**The parties have informed the court that this matter is resolved.**

**IT IS HEREBY ORDERED that the Defendant's Motion (ECF No. 667) is DENIED AS MOOT.**

DATE: December 4, 2019.

ROBERT C. JONES
District Judge